NOVEMBER 23, 1938

**No. 4458.**—*International Harvest Hat Co.* v. *United States.* Entered at St. Louis, Mo. Reap. Dec. 4422. Motion by appellant.